IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ISECURETRAC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV13 |
| | ) | |
| v. | ) | |
| | ) | REASSIGNMENT ORDER |
| SATELLITE TRACKING OF PEOPLE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that, in the interest of judicial economy, this case is reassigned to District Judge Laurie Smith Camp for disposition and to Magistrate Judge F.A. Gossett for judicial supervision and processing of all pretrial matters.

DATED this 19th day of May, 2005.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE