**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **ISECURETRAC CORPORATION,** | ) | **CASE NO. 8:05CV13** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| **SATELLITE TRACKING OF PEOPLE, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Plaintiff's Notice of Dismissal (Filing No. 12). The notice complies with the requirements of Fed. R. Civ. P. 41(a)(1)(I).  Accordingly,

IT IS ORDERED:

1)    The Plaintiff's Notice of Dismissal (Filing No. 12) is approved;

2)    Plaintiff's Complaint is dismissed without prejudice; and

3)    Each party shall pay its own costs and attorneys' fees.

DATED this 19th day of May, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge